# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shelby J. Neely<br>                      Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>                      Movant<br>     vs.<br>Shelby J. Neely<br>                      Debtor(s)<br><br>Kenneth E. West<br>                      Trustee | CHAPTER 13<br><br><br>NO. 22-11959 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **September 13, 2022, docket number 13**.

                                            Respectfully submitted,


                                            /s/ Brian C. Nicholas, Esq.

                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated: October 18, 2022