United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shelby J. Neely  
    Debtor

Case No. 22-11959-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 17, 2022      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelby J. Neely, 416 Brandywine Lane, King of Prussia, PA 19406-2355 |
| 14708986 | | Advanced Recovery Systems, P.O. Box 80766, Valley Forge, PA 19484-0766 |
| 14708987 | | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 14708991 | + | Bryn Mawr Medical Specialists, 825 Old Lancaster Road, Suite 320, Bryn Mawr, PA 19010-3235 |
| 14708994 | | Chase Receivables, P.O. Box 659, West Caldwell, NJ 07007-0659 |
| 14708983 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14708996 | + | Financial Management Control, 1909 Tyler Street, Suite 605, Hollywood, FL 33020-4528 |
| 14708997 | | Life Counseling Services, P.O. Box 3475, Toledo, OH 43607-0475 |
| 14708998 | + | Main Line Emergency Medical Associates, 56 W. Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14708999 | + | Main Line HealthCare, P.O. Box 8500-4600, Philadelphia, PA 19178-0001 |
| 14709000 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14709002 | + | ProCo, 382 Main Street, Salem, NH 03079-2412 |
| 14709003 | | Society Hill Anesthesia, P.O. Box 414853, Boston, MA 02241-4853 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14708988 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2022 00:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14708989 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 18 2022 00:16:58 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14708990 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 18 2022 00:07:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14709956 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14708992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14719326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14708995 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2022 00:06:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14708985 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 18 2022 00:06:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14726941 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2022 00:06:00 | INTENAL REVENUE SERVICE, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14708993 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2022 00:17:05 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14718271 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14729572 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14710134 | ^ | MEBN | Nov 18 2022 00:02:06 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14726222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14709001 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:17:13 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14722810 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:17:13 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14714186 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709004 | | Email/Text: bankruptcies@uplift.com | Nov 18 2022 00:06:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14712487 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2022 00:06:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14708984 | *+ | Shelby J. Neely, 416 Brandywine Lane, King of Prussia, PA 19406-2355 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022       Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 33 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Shelby J. Neely spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shelby J. Neely
     Debtor(s)                                                 Chapter: 13

                                                          Bankruptcy No: 22−11959−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 17, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Magdeline D. Coleman
                                                   Chief Judge ,
                                                   United States Bankruptcy Court