# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11959-MDC

SHELBY J. NEELY

416 BRANDYWINE LANE

KING OF PRUSSIA, PA 19406

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHELBY J. NEELY

416 BRANDYWINE LANE

KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

Date: 10/26/2023

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee