# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHELBY J. NEELY | : | |
| | : | |
| DEBTOR | : | NO. 22-11959 (MDC) |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on December 2, 2023 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
Assistant United States Trustee
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Michael Patrick Farrington, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Pennymac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

Carvana, LLC/Bridgecrest
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

U.S. Department of Education
c/o Nelnet
121 South 13th Street
Lincoln, NE 68508

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net