**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 01/04/24 |
| | : | | Time: 11:00 a.m. |
| SHELBY J. NEELY | : | | Place: Courtroom #2 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 22-11959 (MDC) | Phila., PA 19107 |

**CERTIFICATE OF SERVICE**

    I, David B. Spitofsky, Esquire, hereby certify that on December 2, 2023 I caused a true and correct copy of the attached Motion to Modify Plan After Confirmation and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

    Frederic J. Baker, Esquire
    Assistant United States Trustee
    Office of the United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40837
    Philadelphia, PA 19107

    Shelby J. Neely
    416 Brandywine Lane
    King of Prussia, PA 19406

    as well as on all other creditors and interested parties as set forth on the Clerk's Service List as well as on those parties listed on the Court's Claims Register.

    /s/ David B. Spitofsky
    David B. Spitofsky, Esquire
    516 Swede Street
    Norristown, PA 19401
    Phone No.: (610) 272-4555
    Fax No.: (610) 272-2961
    Email: spitofskylaw@verizon.net