**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHELBY J. NEELY | : | |
| | : | |
| DEBTOR | : | NO. 22-11959 (MDC) |

## CERTIFICATION OF NO RESPONSE

    I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 20th day of December, 2023, there has been no response or answer regarding Debtor's Motion to Modify Plan After Confirmation pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served December 2, 2023. It is respectfully requested that said Motion to Modify Plan After Confirmation be presented to the Honorable Magdeline D. Coleman as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.


Dated: December 20, 2023

                                                    /s/ David B. Spitofsky
                                                  David B. Spitofsky, Esquire
                                                  516 Swede Street
                                                  Norristown, PA 19401
                                                  Phone No.: (610) 272-4555
                                                  Fax No.: (610) 272-2961
                                                  Email: spitofskylaw@verizon.net