UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHELBY J. NEELY | : | |
| | : | |
| | : | |
| DEBTOR | : | NO. 22-11959 (MDC) |

## ORDER APPROVING MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this 1st day of February, 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Motion is GRANTED, and that Debtor's Second Amended Chapter 13 Plan is hereby confirmed.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE