# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Shelby J. Neely<br><br>                              Debtor(s)<br>PennyMac Loan Services, LLC<br>                              Movant<br>v.<br>Shelby J. Neely<br><br>                              Respondent(s) | Chapter 13 Proceeding<br><br>Case #: 22-11959 DJB |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Approve a Partial Claim Offer for a Subordinate Note and Subordinate Mortgage it is hereby ORDERED AND DECREED that the Motion is GRANTED and the parties may proceed with the Partial Claim Offer for a Subordinate Note and Subordinate Mortgage with regard to Debtor's loan #xxxxxx0661 including the recording of the Loan Modification Agreement with the County Clerk's office.

BY THE COURT:

**Date: September 24, 2025**

_____
United States Bankruptcy Judge
Derek J Baker

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Movant

DAVID B. SPITOFSKY, Esquire
Attorneys for Debtor(s)

KENNETH E. WEST, Esquire
Trustee